STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Scanning Technologies Innovations, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>SPARXO, INC.<br><br>    Defendant. | Case No: 4:22-cv-02644-JST<br><br>PATENT CASE<br><br><br><br>JOINT STIPULATION OF DISMISSAL |

Plaintiff Scanning Technologies Innovations, LLC, and Defendant Sparxo, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1.   All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2.   Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

| | |
|---|---|
| Dated: July 13, 2022 | Respectfully submitted, |
| | */s/Stephen M. Lobbin* |
| | Stephen M. Lobbin |
| | sml@smlavvocati.com |
| | SML AVVOCATI P.C. |
| | 888 Prospect Street, Suite 200 |
| | San Diego, California 92037 |
| | (949) 636-1391 (Phone) |
| | |
| | ***Attorney(s) for Plaintiff*** |
| | |
| | MAYNARD COOPER & GALE LLP |
| | |
| | By */s/Shasa G. Rao* |
| | Sasha G. Rao (SBN 244303) |
| | srao@maynardcooper.com |
| | Two Embarcadero Center, Suite 1450 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 646-4702 |
| | Facsimile: (205) 714-6415 |
| | |
| | ***Attorneys for Defendant Sparxo, Inc.*** |